standing (*see People v Ramirez-Portoreal,* 88 NY2d 99, 109-110 [1996]; *People v Perez,* 257 AD2d 637, 638 [1999]).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PEREZ, Appellant. [864 NYS2d 379]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed May 12, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Dillon, McCarthy and Belen, JJ., concur.